SHAKED LAW GROUP, P.C.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                    Plaintiff,

- against -

THE SAFE AND FAIR FOOD COMPANY LLC,

                    Defendants.
-----------------------------------------------------------X

Case No.   1:20-cv-6299-WFK-CLP

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The Safe and Fair Food Company LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       March 29, 2021

                                           SHAKED LAW GOUP, P.C.
                                           Attorneys for Plaintiff

                                      By:  */s/Dan Shaked*
                                           Dan Shaked, Esq.
                                           14 Harwood Court, Suite 415
                                           Scarsdale, NY 10583
                                           Tel. (917) 373-9128
                                           Fax (718) 704-7555
                                           e-mail: ShakedLawGroup@Gmail.com

The Court hereby GRANTS Plaintiff's  motion for voluntary dismissal with prejudice.

                                                        **SO ORDERED.**

                                                    s/ WFK
                                             _____
Dated: March 29, 2021               HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York          U.S. DISTRICT JUDGE